NELSON A. LOGAN *v.* EDISON S. LENHART ET AL.

The motion by the defendants to strike certain assignments of error in the appeal from the Court of Common Pleas for the judicial district of Waterbury is denied.

*Irving W. Pasternak,* in support of the motion.

Submitted November 27—decided December 12, 1967